UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE SMITH #313084)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-322-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 14, 2012 (doc. no. 75) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Summary Judgment (doc. no. 43) is DENIED, and this matter is referred back to the Magistrate Judge for an evidentiary hearing on the plaintiff's Motion to Withdraw Settlement and/or Reinstate Lawsuit (doc. no. 37).

Baton Rouge, Louisiana, this 8th day of March.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA