UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEODORE SMITH (#313084)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-322-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby, dated August 22, 2012 (doc. no. 123) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Withdraw and/or to Reinstate Lawsuit (doc. no. 37) is DENIED and this action is terminated on the Docket of the Court.

Baton Rouge, Louisiana, this 14th day of September, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA